# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN B. WOLFSON, CLARK
COUNTY DISTRICT ATTORNEY,
  Appellant/Cross-Respondent,
    vs.
THE LAS VEGAS REVIEW-JOURNAL,
  Respondent/Cross-Appellant.

No. 70916

FILED

APR 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND CROSS-APPEAL

Pursuant to the stipulation of the parties, and cause appearing, the appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees.[1] NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
Elizabeth A. Brown

By: _____

cc: Hon. Gloria Sturman, District Judge
  Hon. Susan Scann, District Judge
  Lansford W. Levitt, Settlement Judge
  Clark County District Attorney/Civil Division
  Matthew J. Christian
  McLetchie Shell LLC
  Eighth District Court Clerk

---

[1]The oral argument previously scheduled for March 5, 2018, was vacated on February 26, 2018.